IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID F. | : | |
| | : | |
| v. | : | NO. 24-CV-2347  SWR |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of Social Security | : | |
| | : | |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 12th day of November, 2024, it is hereby ORDERED that Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE